UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                     Case No: 12-20399
                                                Hon. Victoria A. Roberts

v.

ROGER GREGORY WINBORN,

    Defendant.
_____/

## **ORDER**

This Court has denied two motions filed by Mr. Winborn for reduction of sentence under 18 USC 3582 [Doc. 63 & 80] and two motions for reconsideration [Doc. 66 & 67]. Before the Court now is a letter requesting the same relief [doc 81].

For the same reasons given in response to Mr. Winborn's previous requests, he remains ineligible for a reduction of sentence. His request is DENIED.

Attached to the letter is a document Winborn calls, "Reply to Government Opposition to Motion for Reduction of Sentence" [Doc 81]. The Government did not file a reply. The document is STRICKEN.

    ORDERED.

                                                    S/Victoria A. Roberts
                                                  Hon. Victoria A. Roberts
                                                  United States District Judge

Dated: November 13, 2017